

Yang Mo Goo
yangmogoo@gmail.com
5342 La Luna Drive  La Palma
        CA 90623
714-952-1217
in Pro Per

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

Yang Mo Goo                    ) Case No:
        Plaintiff              LACV2203525 - FLA-PDx
    vs                         )
                               )
Michael M. Kim                 ) To be supplied by the Clerk of
Jason S. Yip                   ) The United States District Court
                               )
        Defendants             )

Complaint

After taking Colonoscopy, in November 12, 2021, three medicines,

Clarithromycin,   Omeprazol and Amoxicillin were given to me. I took

them twice a day, morning and evening, for 14 days.

From the date I started to get loose bowels every day 3 r 4 times a

day continuously; I tried to tell Doctor but they refused to take my call. I

was advised to keep taking the medicines continuously.

Even after I finished the medicines, the loose bowels never stopped,

and it continued all the time up today (May 24, 2022). I tried to see the

doctor who did Colonoscopy and gave medicines to me refused to call me.

Nobody gave me any serious help to me. I had loose bowels on bed and

my pants day time in Los Angeles. I need somebody's help seriously.

End of Complaint.

May 25, 2022-05-22

by Yang Mo Goo,

Plaintiff in Pro Per

Yang Mo Goo
yangmogoo@gmail.com
5342 La Luna Drive  La Palma
        CA 90623
714-952-1217
in Pro Per

1
2
3
4
5

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

Yang Mo Goo                     ) Case No:
        Plaintiff               )
    vs                          ) _____
                                )
Michael M. Kim                  ) To be supplied by the Clerk of
Jason S. Yip                    ) The United States District Court
                                )
        Defendants              )
_____)_____

Jurisdiction

1. This court has jurisdiction under 28 U.S.C.  1331. Federal

question jurisdiction arises pursuant to list the federal laws of statues that

apply to my cases.

Venue

2. Venue is proper pursuant to 28 U.S.C. 1391, because the events giving rise to this complaint happened; State Legal Court denied to accept complaint for my case.

Parties

3. Plaintiff, **Yang Mo Goo**, resides at 5342 La Luna Drive, La Palma, CA 90623 (Telephone number, 714-952-1217)

4. Jason S. Yip and Michael M. Kim (having an office at Ste 211, 408 S. Beach Blvd, Anaheim, CA 92804) made my body damaged with drugs they gave me.

1) They had an Office at Suite. 211, 408 S. Beach Blvd, Anaheim, CA 92804-1869.

a) November, 23, 2021, they gave me three medicines, **Clarithromycin, Omegrazole and Amoxicillin.** These medicines made me to have watery loose bowels every day. A man and two ladies called me at different dates. They wanted to know how the medicines worked. I told them I was very sick because of the medicines I took. I asked them to tell my problems to the doctor; they told they didn't know where they were. My sickness continues last 6 months, up to now.

b) Dr. Michael M. Kim was paid for treatment on me, January 27, 2022 (Provider ID: P002113742; Billing Provider and Service Provider: **Michael M KIM;** Claim #: 22026E007214; Paid Date: January 27, 2022; Date and Service Provided; 11/10/21; 99204; OFFICE O/P NEW MOD 45-59 MIN

Claim Total: $396.12

c) Dr. Michael M. Kim was paid for treatment on me, January 27, 2022 (Provider ID: P002113742; Billing and Service Provider: **Michael M KIM;**

Claim #: 22026E007644. Paid Date: January 27, 2022; Date and Service Provided; 11/12/21; 43239 EGD BIOPSY SINGLE/MUL TIPLE.

Claim Total: $309.77

d) Dr. Kim, Michael M., M.D. Service Provided & Billing Code

Removal of Polyps or growth of large bowel using an endoscope with a mechanical snare (45385); Biopsy of large bowel using a flexible endoscope (45380-5951); Biopsy of esophagus, stomach, and/or upper small bowel using a flexible endoscope (43239)

Total for Claim #18-22048-510-700 : $1103.44

2) a) Jason S. Yip, Ste 2ll, 408 S. Beach Blvd., Anaheim, CA 92804-1869. Dr. Yip's name appears several times in Dr. Michael Kim's document. Michael Kim uses Yip's place to do business.

   b) Jason S.Yip, Oc Gastrocare (714)527-6000; Ste 211, 408 S. Beach Blvd, Anaheim, CA, 92804-1869; November 12, 2021

   c) Jason S.Yip, Oc Gastrocare (714)527-6000; Ste 211, 408 S. Beach Blvd, Anaheim, CA 92804-1869

   d) Jason S.Yip, Oc Gastrocare (714)527-6000; Ste 211, 408 S. Beach Blvd, Anaheim, CA, 92804-1869; November 12, 2021; Oc Gastrocare, (714)527-6000; Ste 211, 408 S Beach Blvd, Anaheim, CA, 92804-1869; Service Provided & Billing Code; Biopsy of esophagus, stomach, and upper small bowel using a flexible endoscope (43239-51)

   Total for Claim #84-22070-351-076; $309.77

Dr. Kim Used Yip's place for his business with c/o --- to hide himself. Last November I called this place several times; later he made my phone not connected to this place; though the place is still active.

I sent a letter to this place; not delivered; Dr. Kim is still working at this place.

## Statement of Facts

5. After taking colonoscopy Clarithromycin, Omegrazole and Amoxicillin were prescribed to me; I picked these drugs on November 26, 2021. When I started to take these medicines, I started to have loose bowels. Doctor Kim refused to take my call. The lady who received my call made my phone not connected to the Doctor's office. Somebody advised me to keep taking the medicines.

6. I didn't have any solid bowels at all; everyday I had to go bathroom 3 or 4 times a day to excrete watery loose bowels.

7. Last December even when I finished taking medicines watery loose bowels continued. Even when I didn't take the medicines anymore, the symptom continued without any change.

8. I think, right now, that Doctor might have a contract with somebody to test this new drug for feasibility as a possible medicine. Many people have loose bowels with this drug. They told me they got loose bowels, but later they got better; doctor hired many ladies and young people to see how the new drug worked and to see it doesn't have any bad side effects on people; but actually it gave very bad side effects.

My body is very badly damaged with this drug to give me sickness all my life time, and probably to give me short life.

9. I ~~have~~ Want to know on what stage the drug is on development; the drug is allowed for regular usage or the drug is restricted to certain people's use. Before using the drug, it should be informed to the people any caution or any primary notice be given or not.

10. If the drug is allowed to use, somebody, a doctor, or a person should report, to the drug authority, the side effects the drug gave on using. Law wouldn't allow Doctor use it without special permissions.

11. Three or four times, I had loose bowels on my bed in the night, and on my clothes in day time; having loose bowels could not be controlled. It's excretion was not without any control; all the time the loose bowels are almost completely watery stuff.

12. I started to take photos of the watery loose bowels. They are shown in pictures (222 pictures from December 4, 2021 to May 22, 2022); I have more pictures from May 21 in my cellular phone; and I have daily descriptions I write in Korean in my telephone books; it has many side effects, the drug showed every day from Jan 20, 2022 to May 21, 2022. (Exhibits 1 and 2)

13. Last six moths, I haven't had any hard bowels excreted from my body at all. Everything in large water bowels flushed out from my stomach. I have to sit down on toilets for 20 or 40 minutes to have waited 3 or 4 loose-bowel flushes come out. I have to excrete three or four different times daily.

14. Usually the stuff I ate in the morning, for lunch and dinner, come out in the midnight or at 2 or 3 o'clock in night; some excreted around 5 or 6 o'clock in the morning. Sometimes, the excretion continued in daytime.

15. In the night, before excreting loose bowels, I had a lot of sounds, big or small, left or right side, lower or higher part of my belly. Sometimes, the strange big sounds from my belly continued for several hours before excreting the loose bowels,

16. Dr. Shirtey Tan (MD. Pathologist, CMS Laboratory, Consolidated Medical, Inc. MD-Analysis, Inc.) analyzed my stool and told me he couldn't find anything wrong in my stool at all. It's perfectly OK.

17. Still I have to find out a way to cure my problem, not to be sick. It looks like that I have to live with this problem all my life or I might die soon. A doctor, after looking at the sheets of my body's bio-analysis, told

me that I could live until 100 years old without any problems, but probably not any more.

18. Why Dr. Kim disappears and why Dr. Kim refused to help me solve my problems. He couldn't do anything at all.

### Penalty Payment of M. Kim and J.S. Yip to Plaintiff.

Michael M. Kim should pay Plaintiff $70,000,000 and Jason S. Yip should pay $70,000,000 dollars for penalty they made Plaintiff un-curable pains and damages. Plaintiff is suffering and having loose bowels 3 or 4 times every day for last 6 months. The suffering looks continued for my rest whole life, having loose bowels 3 or 4 times every day.

Dated this 25th Day of May

Plaintiff, **Yang Mo Goo**

Exhibit 1. The Photos taken daily from my toilet; everyday I took 2, 3, and 4 photos. Each photo has a label 'mage_2022_01_21_0501.JPG'; this means images taken 5 o'clock 1 minute, January 21, 2022 JPG images.



mage_2021_12_04_0925.JPG  mage_2022_01_18_1254.JPG  mage_2022_01_21_0501.JPG  mage_2022_01_21_1724.JPG  mage_2022_01_21_1731.JPG

mage_2022_01_22_0145.JPG  mage_2022_01_22_0322.JPG  mage_2022_01_25_0427.JPG  mage_2022_01_26_0647.JPG  mage_2022_01_27_0322.JPG

mage_2022_01_28_0301.JPG  mage_2022_01_30_0325.JPG  mage_2022_01_31_0324.JPG  mage_2022_01_31_1759.JPG  mage_2022_02_01_0331.JPG

mage_2022_02_02_0346.JPG  mage_2022_02_02_1647.JPG  mage_2022_02_02_2024.JPG  mage_2022_02_02_2243.JPG  mage_2022_02_03_0917.JPG

mage_2022_02_04_0427.JPG  mage_2022_02_05_0231.JPG  mage_2022_02_05_0622.JPG  mage_2022_02_05_0717.JPG  mage_2022_02_05_0718.JPG

mage_2022_02_05_0721.JPG  mage_2022_02_05_1548.JPG  mage_2022_02_07_0148.JPG  mage_2022_02_07_0611.JPG  mage_2022_02_07_0857.JPG

mage_2022_02_07_0901.JPG  mage_2022_02_07_0905.JPG  mage_2022_02_08_0358.JPG  mage_2022_02_08_0528.JPG  mage_2022_02_08_1736.JPG



mage_2022_02_09_0407.JPG    mage_2022_02_09_0725.JPG    mage_2022_02_10_0413_1.JP    mage_2022_02_10_0413_2.JP    mage_2022_02_10_0631.JPG

mage_2022_02_10_0754.JPG    mage_2022_02_10_2113.JPG    mage_2022_02_11_0303.JPG    mage_2022_02_11_0455.JPG    mage_2022_02_11_1959.JPG

mage_2022_02_12_0239.JPG    mage_2022_02_12_0511.JPG    mage_2022_02_13_0344.JPG    mage_2022_02_14_0917.JPG    mage_2022_02_14_0918.JPG

mage_2022_02_14_0919.JPG    mage_2022_02_14_1150.JPG    mage_2022_02_15_0359.JPG    mage_2022_02_15_0614.JPG    mage_2022_02_16_0226.JPG

mage_2022_02_16_0349.JPG    mage_2022_02_17_0310.JPG    mage_2022_02_18_0423.JPG    mage_2022_02_20_0340.JPG    mage_2022_02_21_0417.JPG

mage_2022_02_23_1334.JPG    mage_2022_02_24_0459.JPG    mage_2022_02_24_2049.JPG    mage_2022_02_25_0446.JPG    mage_2022_02_26_0601.JPG

mage_2022_02_27_2137.JPG    mage_2022_02_28_0447.JPG    mage_2022_03_02_0517.JPG    mage_2022_03_05_0305.JPG    mage_2022_03_05_0832.JPG



mage_2022_03_06_0541.JPC   mage_2022_03_09_0400.JPG   mage_2022_03_10_0549.JPC   mage_2022_03_11_0352.JPG   mage_2022_03_13_0510.JPC

mage_2022_03_13_0636.JPG   mage_2022_03_14_1248.JPC   mage_2022_03_15_0608.JPC   mage_2022_03_15_0850.JPC   mage_2022_03_17_0036.JPC

mage_2022_03_17_1839.JPC   mage_2022_03_18_0534.JPC   iage_2022_03_18_2325_1.JP   iage_2022_03_18_2325_2.JP   mage_2022_03_18_2326.JPC

mage_2022_03_19_0146.JPC   mage_2022_03_20_0056.JPC   mage_2022_03_20_0524.JPC   mage_2022_03_20_0758.JPC   iage_2022_03_21_0454_1.JP

iage_2022_03_21_0454_2.JP   mage_2022_03_21_0826.JPC   mage_2022_03_22_0727.JPC   mage_2022_03_22_2008.JPC   mage_2022_03_23_0503.JPC

mage_2022_03_24_0732.JPC   mage_2022_03_24_2138.JPC   mage_2022_03_25_0521.JPC   mage_2022_03_25_2119.JPG   mage_2022_03_26_0105.JPC

mage_2022_03_26_0540.JPC   mage_2022_03_26_0745.JPC   mage_2022_03_26_2144.JPC   mage_2022_03_27_0112.JPC   mage_2022_03_29_0614.JPC



mage_2022_04_04_1238.JPG   mage_2022_04_05_2157.JPG   mage_2022_04_06_1420.JPG   mage_2022_04_08_0601.JPG   mage_2022_04_08_0758.JPG

mage_2022_04_09_1150.JPG   mage_2022_04_10_0550.JPG   mage_2022_04_10_2215.JPG   mage_2022_04_11_0725.JPG   mage_2022_04_12_0552.JPG

mage_2022_04_12_0700.JPG   mage_2022_04_13_0541.JPG   mage_2022_04_13_0724.JPG   mage_2022_04_13_0924.JPG   mage_2022_04_14_1025.JPG

mage_2022_04_15_0259.JPG   mage_2022_04_15_0736.JPG   mage_2022_04_16_0758.JPG   mage_2022_04_16_0809.JPG   mage_2022_04_16_0908.JPG

mage_2022_04_18_0703.JPG   mage_2022_04_18_2341.JPG   mage_2022_04_19_1447.JPG   mage_2022_04_19_2321.JPG   mage_2022_04_20_0658.JPG

mage_2022_04_20_1939.JPG   mage_2022_04_21_0536.JPG   mage_2022_04_21_0715.JPG   mage_2022_04_22_0629.JPG   mage_2022_04_22_1009.JPG

mage_2022_04_23_0216.JPG   mage_2022_04_23_0633.JPG   mage_2022_04_23_0755.JPG   mage_2022_04_24_0518.JPG   mage_2022_04_24_0910.JPG



image_2022_04_24_1128.jpg   image_2022_04_25_0006.jpg   image_2022_04_25_0640.jpg   image_2022_04_25_0826.jpg   nage_2022_04_25_1051_1.jp

nage_2022_04_25_1051_2.jp   image_2022_04_25_2243.jpg   image_2022_04_26_0546.jpg   image_2022_04_26_0603.jpg   image_2022_04_26_0838.jpg

image_2022_04_27_0259.jpg   image_2022_04_27_0723.jpg   image_2022_04_27_2129.jpg   image_2022_04_28_0437.jpg   image_2022_04_28_0646.jpg

image_2022_04_28_2311.jpg   image_2022_04_29_0127.jpg   image_2022_04_29_0536.jpg   image_2022_04_29_1910.jpg   image_2022_04_30_0549.jpg

image_2022_04_30_0930.jpg   image_2022_05_01_0941.jpg   image_2022_05_02_0632.jpg   image_2022_05_02_0638.jpg   image_2022_05_03_0759.jpg

nage_2022_05_04_0504_1.jp   nage_2022_05_04_0504_2.jp   image_2022_05_05_0117.jpg   image_2022_05_05_0553.jpg   image_2022_05_05_0800.jpg

image_2022_05_05_1023.jpg   nage_2022_05_06_0423_1.jp   nage_2022_05_06_0423_2.jp   image_2022_05_06_0734.jpg   image_2022_05_06_2307.jpg



image_2022_05_07_0412.jpg   image_2022_05_07_0732.jpg   image_2022_05_07_1024.jpg   image_2022_05_07_2227.jpg   image_2022_05_08_0342.jpg

image_2022_05_08_0644.jpg   image_2022_05_08_0817.jpg   image_2022_05_09_0529.jpg   image_2022_05_09_0738.jpg   image_2022_05_10_0452.jpg

image_2022_05_10_0706.jpg   image_2022_05_10_1239.jpg   image_2022_05_10_2120.jpg   image_2022_05_11_0026.jpg   nage_2022_05_11_0029_1.jp

nage_2022_05_11_0029_2.jp   image_2022_05_11_0504.jpg   image_2022_05_11_1117.jpg   image_2022_05_12_0113.jpg   image_2022_05_12_0548.jpg

image_2022_05_12_0736.jpg   image_2022_05_12_1423.jpg   image_2022_05_13_0531.jpg   image_2022_05_13_0928.jpg   image_2022_05_13_2136.jpg

image_2022_05_14_0620.jpg   image_2022_05_14_0755.jpg   image_2022_05_14_1418.jpg   image_2022_05_14_2159.jpg   image_2022_05_15_0546.jpg

image_2022_05_15_2329.jpg   image_2022_05_16_0030.jpg   image_2022_05_16_2254.jpg   image_2022_05_17_0544.jpg   image_2022_05_17_1157.jpg



image_2022_05_17_1619.jpg   image_2022_05_18_0537.jpg   image_2022_05_18_0725.jpg   image_2022_05_18_0934.jpg   image_2022_05_18_2114.jpg

image_2022_05_19_0617.jpg   image_2022_05_19_0737.jpg   image_2022_05_19_0857.jpg   image_2022_05_20_0611.jpg   image_2022_05_20_0818.jpg

image_2022_05_20_2047.jpg   image_2022_05_21_0549.jpg   image_2022_05_21_0717.jpg

<u>Exhibit 2.</u>  The big table lists like **1-22.** show everything I wrote on **January 22nd** .

 1 o'clock in the morning **bath tub photo**; **3-15** big loose bowels (in the night 3 o'clock fifteen minute, photo taken); photo; - - -.

1-18: 4.45am ; 4-30; 1-18. 12-30 am.  In the morning with a little oN the trouser .

1 -19. 4 o'clock in morning
1-20. 4 o'clock 10 in the morning
1-21.  4 -05 in the morning, big loose one; 5-25, big bowel, flash, and second
bowel photo; 6-15, big loose bowel; 17-57 water bowel

1-22. 1 o'clock in the morning bath tub photo; 3-15 big loose bowel; photo;
feeling very thirsty; drinking diluted, unsugared browed coffee little by little; 16-15
big bowel with a lot of water; around 14-00 ate lunch with oat meal; 17-50 the
same amount as 16-15; 19-15 more than 3 times a lot of water loose bowel came
out; I ate more food for myself; more out in water

1-23.  Wake 2-20 in the morning and went to bath gave loose bowel; mouth very
dry; 재치기 5 times or more  with much water to be removed from nose; repeated
every morning; drinking dilute coffee continuously I am feeling thirsty all the time;

1-24.  In the night  twelve thirty big amount  of liquor come out; sample was
obtained by touching bowel; 17-45 went to bath big bowel;

1-25.  In the night three thirty big bowel of liquor; at 4-30 another liquor out, got
photo; 입 안이 심하게 마름. 묽은커피 조금씩 마시나 갈증은 해결되지 않음. 어저께 대변
검사하려고  변기 표명에 붙어 있는 아주 작은 양의 똥을 묻혀서(12시 반) 에 시료 종이에
묻혀서 어제 오전 10 시 경에 제출하였고 12 시 경에 피 검사용 채혈하게 하였음;

1-26.  Three thirty in the morning big bowel of liquid came out immediately after
waking up;  입 안이 완전히 말라약간의 물로 계속 추게 주어야; 물을 약간 마셔도 입술 외부
바깥 부분이 계속 말라 있고 계속 갈증 느낌;  6-44 또 물 똥이잔뜩 나옴; 사진 촬영; 설사가
있은 후부터 오전 다섯 시 경에 수십분 동안 심한 배치기가 나옴. 콧물이 많이 나옴; 수십분이
지나야 배치기가 멎음; 문헌을 조사하니 내 같은 증상은 발견할 수가 없었음; 10시 50분
화장실 물똥 쌌음, 상당한 양이었음;


1-27 새벽 1 시 20분 설사함; 새벽 3 시 10분 물똥 (설사); 사진; 입 안과 입술이 심하게
말라서 커피를 한 모금 씩 마셨다지금 시간 5 시 20 분; 8 시 10 분 많은 물 똥 나옴; 8시 45
분 물똥이 나와 화장실로 달려 갔음;

1-28 새벽 2시 20 분 설사함; 새벽 2 시 50 분 아주 많은 양의 물똥이 변기에 앉자마자 쏟아져 나옴; 사진; 아저께 저녁을몇 숟가락 먹다가 밥 맛이 없어 못 먹었음; 몇 숟가락 먹다가 남은 음식 국에 말은 것 냉장고에 넣어 보관함; 입 안과 입술이 심하게 마름; 20 시 30 분 많은 양 물똥 쌌음;

1-29 토요일 새벽  1 시 화장실 갔어 많은 양의 물똥을 쌌음; 30분간 변기에 앉아 있었는데 그 후에도 뱃속이 꾸렁꾸렁 하였고 40분이 지난 지금도 물똥이 나올 것 같음; 2 시 5 분에 변기에 가서 물똥을 쌌음;  4 시 반에 설사; 6시 10 분에 설사; 저녁19시 15분에 화장실 가서 설사함

1-30 일 요일 새벽 1 시 30 분 설사가 조금 나왔음; 너무 추워서 씻고 잤음; 3시에 깨어서 엄청나게 많은 양의 물똥을 쌌음; 뱃속이 꾸렁꾸렁함;사진; 똥 나오면서 큰 소리가 나면서 똥물이 변기 정체에 튀었음; 튄 물이 변기 톱에 보임; 오전 6 시 46 분에 소변 보고싶어서 소변 본 후 (상당한 양)에 대변 보고싶어서 꽤 되는 양의 물똥이 나옴; 19시 30 분 물똥을 쌌음;

1-31 오전 3 시  15 분에 일어나서 곧 변기에 앉아 물똥을 쌌음; 사진;  2시간이 좀 지나서 5 시 반에 화장실에 가서 물똥을많이 쌈. 변을 누기 전에 뱃속이 심한 소리가 남.  오후 5시 40 분 물똥을 많이 쌈; 오전 물똥 싼 후에 샌드위치로 아침 먹은후에 오후 2시 반에 국수로 점심 먹은 후에 오후 5시에 조그마한 사이즈 물만두로 저녁 먹고 화장실 와 물똥을 쌌음; 사진;

2-1 새벽 1 시 반에 물똥 쌈; 새벽 3 시 25 분에 물똥이 나옴; 사진; 3 시 45 분에 오줌을 눔; 목이 말라 커피를 조금씩 마신결과인 것 같음; 음식을 안 먹으면 소변이 나로가 음식을 먹고 대변이 마려우면 많은 양의 물똥이 먹은 음식이 없어질 때까지 물똥이 쏟아져 나옴; 먹은 음식이 없어지면 그 때부터 오줌이 나오기 시작하는 같음; 물똥이 나오기 전에는 언제나속이 한 동안 요동치다가 물똥을 싸고 나면, 속에 있는 음식물이 다 나온 후에는 속이 울렁거리는 것이 없어지고 그때부터오줌이 나오기 시작하는 것 같음; 4 시 10 분에 오줌을 눔; 양은 많지 안음; 입이 말라 묽은 커피를 조금 씩 마셔서 오줌이나올 것 같음;  5시 오줌을 눔; 물똥이 나올 것 같음; 5시 20 분에 물똥을 쌈; 5 시 45 분 오줌을 눔; 19 시 반에 물똥 조금쌈;

2-2 오전 3 시 40 분 물똥 조금 쌌음; 어저께 먹은 것이 없어  똥이 조금 나옴; 사진; 오후 4 시 45 분 물똥을 쌈; 사진; 오후8 시 10분에 물똥을 잔뜩 쌈; 사진; 밤 10 시 40 분에 물똥 쌈; 사진; 밤 수차례 물똥을 쌈;

2-3 새벽 5 시에 깨어서 화장실에 달려가 물똥을 아주 많은 양을 쌈; 8 시 에 물똥을 쌈; 9 시 10 분에 물똥 쌈; 아직도 뱃속이 꾸렁꾸렁함. 사진;

2-4 오전 4 시 10 분 깨어서 화장실 가서 물똥을 잔뜩 쌌음; 사진; 뱃속, 윗부분, 아래 부분, 왼쪽 부위, 오른쪽 부위, 중앙부위, 여러곳이 꾸렁꾸렁 하면서 요동침; 오른쪽 위, 약간 아래'

약간 중앙, 약간 중앙에서 안쪽, 중앙에서 먼 안쪽, 왼쪽 하부 , 중앙에서 하부에서, 온 배안이
매일 다양한 종류의 소리를 내고 있음; 다시 약간 아래, 또 약간 먼 아래, 오른 쪽 먼 부분, 뒤
이어 배 중앙 윗쪽에서 , 4 시 54 분에는 배속에서 소리가 약해졌음; 배안 여러 곳에서 약한
소리는 계속 됨; 4 시58 분에 변기에서 일어 나 플라쉬 하려고 하는데 오른 쪽 윗 부분에서
꾸르렁 하면서, 왼쪽에서 소리가, 복부 중앙 먼 곳, 왼쪽 먼 아래쪽에서도, 우측 중앙 아래에서
소리가 남; 프래쉬하고 씹었음 지금 5 시 9 분임; 5 시 13 분 화장실에서 나왔는데 곧 다시
화장실 가야할 듯이 속이 불편함; 아직도 뱃속 여러 부위에서 소리를 내고 있음; 오전 6 시 45
분 많은 양의물똥을 쌈; 7 시 16 분 오줌을 많이 쌈; 잠을 깬 후에 매일 아침 입안과 입술이
몹시 말라 묽은 커피 (무상인, 무크림) 를마시는데 이것이 오줌으로 나오는 것 같음; 먹은
음식이 묽은 똥으로 나오는 것과 상관이 없는 것 같음; 물똥은 먹은 음식의 종류와는 상관이
없이 나오는 것 같음; 7 시 45 분에 오줌을 쌈; 8 시 10 분에 오줌을 쌈; 8 시 43 분에 오줌을
쌈;

2-5 밤 2 시 10 분에 께어 변기에 가서 많은 물똥을 쌈; 지난 밤 8 시 넘어서 침대 누웠는데
잠은 12 시가 넘어서 자다가 밤2 시 10 분에 깸; 어저께 아침에 뱃속이 꾸링꾸링하는 것이
멈추고 더 이상 물똥이 나오지 않아 빵으로 아침을 먹고 8 시40 분 버스 타고 Santa Anna
로 갔음; 점심으로 너트 콩을 먹고 오후 5 시 경에 집에 돌아 와서 쉬다가 고체 야채 등과 사과
그리고 아주 가늘게 쓴 쇠고기를 볶아서 밥을 넣고 다시 볶아서 아주 정상적으로 저녁을
먹었음; 저녁 8 시 부터 잘려고 했는 데 밤 12 시가 되어서 잠이 들었음; 그 때 까지 아무
이상도 못 느꼈음; 밤 2시 10 분에 화장실 가서 물똥을 잔뜻싸고 속이 꾸렁꾸렁하는데도
침대로 돌아와 잤고 오늘 새벽 6 시에 깨어 화장실 가서 물똥을 아주 많이 쌈; 물똥 싼 후에도
뱃속이 꾸렁꾸렁하고 지금 1 시간이 지났는데 데도 뱃속이 요동치다가 서서히 줄어들고 있음;
오전 7 시 10 분에도 뱃속 여기저기서 약한 소리를 내는데도 화장실에서 일어나야겠음; 7시
15분 변기에서 일어났음; 사진; 오후 3 시 40 분 물똥을 잔 뜻 쌈;

2-6 새벽 5 시 30 분에 일어나서 물똥을 쌈; 물똥속에 된 똥이 약간 섞여 있음; 8 시 50 분에
화장실 갔는 데 물똥이 나오지 않고 정상 똥이 나왔음;  저녁 10 시 20 분  물똥 쌈;

2-7 새벽 1 시 30 분 물똥 쌈; 사진; 오전 6시 7 분 잠에서 깨자 물똥을 쌈; 사진; 8 시 50
분에 물똥을 쌈; 사진;

2-8 새벽 3 시 40 분 물똥 쌈; 사진; 5 시 25 분 물똥이 큰 소리 내면서 쏟아져 나옴; 사진; 6
시 18 분에 오줌을 많이 쌈; 오후 5 시 반 물똥 쌈; 사진; 밤 10 시 15 분에 물똥을 쌈; 밤 10
시 40 분에 물똥을 쌈; 밤 10 시 59 분에도 물똥을 쌈;

2-9  밤 12 시 15 분에 물똥을 많이 쌈; 배속 위아래 온갖 곳이 꾸렁꾸렁하다가 잔뜩 물 똥을
싼 후에 좀 조용해졌음;  오전4 시 03 분 거의 30 분간 물똥을 쌌음; 사진; 오전 7 시 15 분
이불에 똥이 여러곳에 묻어 있는 것이 확인됨; 사진; 변기에똥물 쌈;

2-10  밤 3 시 50 분에 깨어서 물똥을 잔 뜻 쌈; 사진; 아침 6 시 20  분에 물똥을 잔뜩 쌈;
사진; 7 시 45 분에 물똥을 쌈; 사진; 오후 8 시 50 분에 엄청난 양의 물똥을 쌈; 사진

2-11 밤 2 시 45 분 일어나자 변기에 와 물똥을 잔뜩 쌈;  뱃속이 온갖곳이 요동 침;  사진;
뱃속이 요동 치는데도 변기에서일어났음; 밤 3시 6분임; 밤 4 시 40 분에 물똥을 쌈 (사진);
7 시 40 분에 물똥을 쌌음; 저녁 7 시 50 분에 화장실 와서 물똥을 잔뜩 쌈; 사진;  밤 11 시
반 물똥을 많이 쌈;

2-12  5 시 8 분에 깨어서 많은 물똥을 쌌음; pant 에 물똥이 나와 말라 빠진 것이 ㅇ보였음;
pant 벗어 씻어 주었음; 6 시경에 물에 볶은 곡식 가루를 섞어서 두 잔을 마심 그리고 약 30
분 후에 커피를 블랙 커피로 마심;  8 시 경에 많은 양의 오줌을 쌈;

2-13 오전 3 시에 물똥을 쌈; 사진

2-14 새벽 4 시 44 분에 물똥을 쌈; 뱃속 온갖곳이 꾸렁꾸렁하는데도 똥은 나오지 않음; 오전
9 시에 갑자기 물똥이 나와변기로 서둘러 갔는데 옷에 물똥을 조금 쌈; 사진 1; 사진 2; 10 시
반에 그리고 11 시 20 분에  많은 양의 오줌을 눔; 11 시30분 서 있는데 물똥이 나올 것 같아
화장실에 갔음; 사진; 물똥이 나온 사진; 20 분간 변기에 앉아 있었음; 물똥 쌀 때마다 물똥이
항문에서 나오면서 변기 전신에 튀고, 변기 의자 카버에도 튀었음; 또 물똥이 나올 것 같아 또
물똥을 눔 (11 시57 분, 정오 전임); 뱃속 여기저기서 크고 작은 소리 내면서 요동침;

2-15 자다가 오줌을 두번 눔; 밤 3 시 반에 깨어 변기에 가서 물똥을 많이 쌈; 뱃속이
꾸렁꾸렁함; 사진; 6 시 10 분에 물똥을 약간 쌌음; 사진

2-16 2시 20분에 깨어 사진 찍음; 사진; 밤 3 시 30분에 물똥을 많이 쌈; 뱃속이 꾸렁꾸렁함;
사진;  오줌이 누고싶어서 오줌을 누고 화장실을 나옴; 5 시 9 분에 물똥을 많이 쌈;
어저께부터 배가 살 찐 것 ㅈ같이 볼록했는데 지금은 배가 쑥 들어갔음;

2-17 2시 경에 깨어서 물똥을 쌈; 3 시에 깨어서 물똥을 쌈; 사진; 뱃속 온갖 곳이
꾸렁꾸렁함; 3 시 20 분에 물똥이 나옴; 4시 11 분에 오줌을 많이 쌈; 뱃속 온갖곳이
꾸렁꾸렁함;

2-18 4 시 15 분 잠에서 깨어 많은 양의 물똥을 쌈; 밤 2 시에 깨어서도 화장실에 왔는데
설사는 나오지 않음; 6 시에 물똥을 많이 쌈; 8시에 아침을 먹었는데 아침 먹다가
화장실에가서 물똥을 쌈; 8시40 분경에 버스처럼 갔는데 버스타기전에물똥이 나와서 월마트
화장실에 가사 물똥을 쌌음;

2-19 밤 1 시에 깨어서 물똥을 잔 뜻 쌈; 밤 2 시 반에 물똥을 쌈; 아침 6 시 반에 일어나기 전에 뱃속이 꾸렁꾸렁함 ; 위에서 항문까지 온갖 곳에서 큰 또는 작은 온갖 소리를 냄; 변기에 앉아 물똥이 쏟아져 나옴; 물똥이 나오고 나면 항문 주위 전신에 똥물이 묻고 변기 뚜껑 부분 많은 곳에도 똥물이 튀어 있음;

2-20 밤 3 시 반에 깨어서 물똥을 많이 쌈; 물똥 싸기 전에도 싼 후에도 뱃속 온갖 곳이 크고 작은 소리로 우루렁거림; 사진;

2-21 밤 3 시 50 분 물똥을 쌈; 사진; 아침 7 시에 물똥을 쌈; 버스로 로스앤젤레스에 도착한 후에 화장실에 가서 9시 반에물똥을 아주 많이 쌈;

2-22 오후 1시 15 분에 물똥을 많이 쌈; 사진;

2-23 12 시에 물똥을 쌈; 사진

2-24 새벽 5 시에 물똥을 많이 쌈; 사진; 6 시 반에 또 물똥을 쌈) 밤 8 시 50 분에 물똥을 많이 쌈) 사진)

2-25 밤 4시 반에 깨어 물똥을 많이 쌈) 온 뱃속이 꾸렁꾸렁함 ) 사진) 오전 7 시 반에 물똥을 잔뜩 쌈) 뱃속이 많이 편해졌으면 아직도 약한 소리가 여러 군데서 남;

2-26 새벽 5 시 40 분에 물똥을 많이 쌈; 사진; 오전 9시 10 분에 물똥을 많이 쌈;

2-27. 밤 9 시 30 분에 물똥을 아주 많이 쌈; 사진;

2-28. 새벽 4 시 반에 일어나 화장실에 가 물똥을 많이 쌈; 뱃속 온갖 곳이 큰 소리 내며 꾸렁꾸렁함; 사진; 변기 전체를 씻은 후에 그 자리에서 오줌을 많이 눔; 오줌을 눈 후에도 뱃속 온갖 곳이 계속 꾸렁꾸렁함; 지금 시간이 새벽 4 시 57 분임;

3-1. 새벽 5시 40 분에 물똥을 쌈; 입술과 목이 몹시 마름;

3-2. 새벽 4 시 50 분 물똥을 쌈; 사진;

3-3. 새벽 4시에 물똥을 쌈

3-4. 밤 1 시에 물똥을 많이 쌈; 아침 7시 반에 물똥을 많이 많이 쌈;

3-5. 밤 3시 04 분 물똥 쌈; 사진; 아침 5시 30 분에 그리고 5 시 55 분에 물똥을 많이 쌈; 7 시 15 분에 물똥을 많이 쌈; 뱃속이 계속 꾸렁꾸렁함; 8 시 30 분에 아주 큰 물똥을 쌈; 사진; 변기 청소한 후에 상당한 양의 오줌을 쌈; 10 시30 분에 변기에 물똥을 쌈;

3-6. 새벽 5 시 30 분 물똥을 많이 쌈; 7 시 5 분에 물똥을 많이 쌈; 어제 저녁밥을 한 숟갈 떠다가 밥맛이 없어서 먹지 않았는데도 물똥이 많이 나옴;

3-7. 새벽 4 시 10 분 물똥을 쌈; 아침 6 시 20 분에 물똥을 쌈;

3-8. 밤 1시 반에 물똥을 쌈; 저녁을 안먹었음;

3-9. 오전 6 시 반에 물똥을 쌈; 물똥을 여러번 쌈. 기록 안했음;

3-10. 오전 5시 40 분에 물똥을 많이 쌈; 지난 밤 저녁 아주 적게 먹었음; 사진;

3-11. 새벽 3 시 반 물똥을 쌈; 오후 4 시 49분에 물똥을 쌈;

3-12. 새벽 5 시 40 분에 물똥을 쌈; 오후 6 시 20 분에 물똥을 쌈; 6 시 40 분에 물똥을 또 쌈;

3-13. 새벽 5 시에 물똥을 쌈; 사진; 6 시 반에 물똥을 많이 쌈; 사진; 자기 전에 물똥을 꽤 많이 쌈;

3-14. 정오 12 시 반에 물똥을 많이 쌈; 사진;

3-15. 오전 5 시 50 분 물똥을 많이 쌈; 사진; 오전 8 시 30 분 변기에 물똥을 조금 싼 후에 괴이한 방구가 10 여분에 걸쳐엄청나게 나옴; 지독한 냄세도 풍김; 고등어와 햄울 먹은 것의 결과인 것 같음; 사진; 변기를 물로 씻을 때 물똥이 나올 때아주 큰 소리가 나면서 물똥이 항문에서 튀는 데, 변기에 튄 물똥 자국이 플라쉬하는 물로 씻여지지 않음;

3-16. 밤 1 시에 물똥을 잔뜩 쌈; 새벽 5 시에 물똥을 쌈;

3-17. 밤 12 시 10 분에 깨어 변기에 가서 물똥을 아주 많이 쌈; 사진; 저녁 6 시 반에 의자에 앉아 있다가 물똥이 나왔는데모르고 있다가 나중에 알았음; 의자를 물걸레로 닦았는데 희미한 자국이 남음; 변기에 물똥을 쌈; 사진;

3-18. 아침 5 시 20 분 물똥을 잔뜩 쌈; 사진; 아침 8 시 20 분에 물똥을 쌈; 아침 내내 커피를 많이 마셨는데도 지금 오전8 시 30 분에 입 안이 몹시 마름; 밤 11 시 20 분에 자다가

깨어 침대에서 일어나니까 침대가 똥물 천지있었고 발자국 마다 똥물이 흥건히 떨어졌다; 샤워장에 속옷을 벗고 똥물은 신발도 벗었다; 이불을 걷어 세탁기에 넣었다; 지금 입고있는옷도 똥물 추상이었다; 어저께 저녁에 9 시 40 분에 잤는데 두 시간 후에 침대에 물똥을 잔뜩 쌈; 오전 8 시 반에서 자기 전까지 똥을 누고싶다는 생각은 전혀 들지 않았음; 아침은 아침 10 시에 월마트에서 파는 샌드위치 한 조각을 먹었고 오후 2 시에 누들이 들어있는 캔을 따서 점심을 먹었는데 저녁은 한 숟가락 떠다가 입맛이 댕기지 않아 먹지 않았고 쿠키 과자 한조각 먹었음; 9 시 40 분에 잤음; 위장에 아무 이상도 못느꼈는데 엄청나게 많은 물똥을 쌌음; 지금 1 시가 좀 지났는데 물똥이 쏟아져 나옴;

3-19. 밤 1시에 물똥이 쏟아져 나옴 (전 날에도 기록되어 있음) 오전 1 시 40 분에 물똥을 또 많이 쌈; 사진;

3-20. 새벽 12 시 50 분에 화장실에 가 물똥을 많이 쌈; 사진; 전날 자기 전 9 시에 대변을 보려고 몇십분 야단 했는 데도똥을 싸지 못했음; 그런데 3 시간 후인 12 시에 물똥을 잔뜩 쌌음; 새벽 5 시에 변기에 앉아 물똥을 많이 쌈; 사진; 7 시 50 분에 물똥을 많이 쌌음; 사진;

3-21. 밤 1 시에 일어나 물똥을 많이 쌈; 새벽 4 시 반에 깨어 물똥을 쌈; 사진; 오전 8 시 10 분에 많은 양의 물똥을 쌈; 사진;

3-22. 새벽 4 시에 일어나 소량의 물똥을 쌈; 오전 7 시 10 분에 아주 많은 양의 물똥을 쌈; 사진; 오후 8 시에 변기에 앉아서 물똥을 싸려고 하였음; 자다가 침대에 물똥을 안 싸려고 - -, 많이 나오지 않음; 아침 5 시에 물똥을 잔뜩 쌈; 사진

3-23. 7 시 반에 물똥을 쌈; 사진;

3-24. 밤 9 시 반에 물똥을 쌈; 사진;

3-25. 새벽 5 시 일어나서 물똥을 쌈; 사진; 아침 7 시 경에 물똥을 잔뜩 쌌음; 사진;  오후 4 시에 물똥을 쌌음; 밤 9시 20 분에 물똥을 쌈; 사진;

3-26. 12 시 반에 물똥을 많이 쌈; 사진; 새벽 5 시에 물똥을 쌈; 사진; 아침 7 시 35 분에 많은 물똥을 쌈; 사진; 아침 10 시10 분에 물똥을 많이 쌈; 사진; 밤 9 시 30 분 물똥을 쌈; 사진;

3-27.  밤 12 시 15 분에 일어나 1 시 10 분에 걸쳐 물똥을 잔뜩 쌈; 사진;

3-28 오전 6 시에 일어나 물똥을 쌈;

4-4 오전 6시 20 분에 물똥을 쌈; 오후 12 시 40 분에 물똥을 쌈; 사진;

4-5 밤 9 시 40 분에 물똥을 많이 쌈; 사진,

4-6 낮 2시 10 분 물똥을 쌈; 사진

4-7 새벽 5 시에 일어나 물똥을 쌈

4-8 새벽 5 시 40 분에 일어나 물똥을 많이 쌈; 사진; 오전 7 시 50 분 물똥 쌈; 사진;

4-9 오전 11 시 40 분 물똥을 많이 쌈; 사진;

4-10 새벽 5 시 반 물똥을 쌈; 사진; 9 시 20 분에 그리고 9 시 50 분에 물똥을 쌈; 밤 10 시 물똥을 쌈; 사진;

4-11. 7 시 20 분 아침에 일어나 물똥을 쌈. 사진;

4-12. 아침 5 시 40 분 물똥을 많이 쌈; 사진;  아침 6 시 50 분에 물똥을 많이 쌈; 사진; 9 시 10 분에 물 똥을 소량 쌈; 9 시45 분에 물똥을 쌈;

4-13 아침 5 시에 물똥을 아주 많이 쌈; 사진; 오전 7 시 15 분에 물똥을 잔뜩 쌈; 사진; 9 시 35  분 물똥을 많이 쌈; 사진;

4-14 새벽 4 시 10 분 물똥을 쌈; 9 시 반에 물똥을 소량 쌈; 오전 10 시 반에 물똥을 많이 쌈; 사진;

4-15 새벽 2 시 40 분 물똥을 쌈; 사진; 오전 7 시 30 분 물똥을 쌈; 사진

4-16 새벽 6 시 반에 물똥을 쌈; 오전 8 시에 물똥을 쌈; 오전 9 시에 물똥을 많이 쌈; 사진;

4-18 새벽 4 시에 물똥을 쌈; 아침 7 시에 물똥을 쌈; 사진; 밤 11 시에 물똥을 많이 쌈; 사진; 오전 9 시 30 분에 물똥을 쌈; 오후 3 시 45 분에 물똥을 많이 쌈; 사진; 밤 11 시 20 분 물똥을 쌈; 사진

4-20 아침 6 시 40 분에 물똥을 많이 쌈; 사진; 저녁 7 시 50 분 물똥을 쌈; 사진; 밤 9 시 10 분에 물똥을 쌈. 밤 11 시 10 분에 물똥을 쌈.

4-21. 새벽 5 시에 일어나 물똥을 잔뜩 쌈; 사진; 오전 7 시 10 분에 물똥을 잔뜩 쌈; 사진;

4-22. 오전 6 시 20 분 물똥을 쌈; 사진; 오전 10 시 물똥을 많이 쌈; 사진;

4-23. 오전 2 시 물똥을 많이 쌈; 사진; 오전 6 시 반 물똥을 쌈; 사진;  오전 7 시 50 분에 물똥을 잔뜩 쌈; 사진;

4-24. 오전 4 시 50 분에 물똥을 쌈; 사진;  오전 9 시 02 분 물똥을 많이 쌈; 사진; 오전 11 시 반 물똥을 많이 쌈; 사진; 밤9 시 반 집안 청소 준비중 물똥이 조금 나옴;

4-25. 새벽 12 시 5분 물똥을 쌈, 사진; 아침 6 시 20 분 물똥을 쌈; 사진; 오전 8 시 46 분 또 물똥을 쌈; 사진; 오전 10 시40 분에 물똥을 아주 많이 쌈; 사진; 밤 10 시 30 분 물똥을 많이 쌈.

4-26. 새벽 5 시 10 분에 깨어 30 분에 걸쳐 물똥을 쌈; 사진; 변기를 청소한 후에 5시 50 분에 물똥을 쌈; 사진; 아침 8 시반에 또 물똥을 쌈; 사진; 밤 11 시 10 분 물똥을 조금 쌈;

4-27. 새벽 2 시 40 분에 물똥을 많이 쌈; 사진; 아침 7 시 22 분에 물똥을 잔뜩 쌈; 사진; 밤 9 시 반에 화장실 왔는데 개수가 폭발음을 내면서 수차례 나오고 물똥은 조금 밖에 나오지 않았음. 하루 종일 먹은 것이 없어서 그런 것 같음;

4-28. 새벽 4 시 20 분에 깨어 물똥을 쌈; 사진; 오전 6 시 36 분 물똥을 잔뜩 쌈; 사진; 아침 7 시에 다시 물똥을 쌈; 사진; 밤 11 시 4 분 물똥을 쌈; 사진

4-29. 밤 1 시에 깨어 30 분 이상 물똥을 쌈; 사진; 새벽 5 시 10 분 물똥을 잔뜩 쌈; 사진; 오전 7 시 50 분에 변기에 앉자똥은 나오지 않고 많은 양의 가스만 큰 소리를 내면서 5 차례 나옴; 오전 8 시 50 분에 다시 변기에 앉자 대변을 볼려고 했는데, 가스만 큰 소리를 길게 내면서 나옴; 뱃속은 여러 군데서 계속해서 으르렁거리면서 요동치고 있음; 10 분 이상 되있는데도 속 여러군데사에서 온갖, 큰 소리, 작은 소리, 온갖 괴이한 소리들이 15 분이 지났는데 데도 울려 나옴; 오줌을 눈후에, 소리가 계속되는데도 19 분 후에 변기에서 일어 났음;  오후 7 시 5 분에 물똥을 잔뜩 쌈; 사진;

4-30. 새벽 5 시 20 분 물똥을 쌈; 뱃속 온갖 곳이  다양한 소리로 꾸렁꾸렁함; 사진; 아침 8 시50분 화장실 갔는데 똥은 나오지 않고 아주 많은 양의 가스 (큰 소리의 방구가 긴 소리를 내며 시간을 두고 두번 나옴)가 나옴. 뒤가 무거움. 똥은 나오지 않음. 오전 9 시 30 분에 물똥을 많이 쌈; 사진; 변기를  청소하고 보통 때오 같이 오줌을 눔.

5-1. 오전 9 시 30 분 소량의 물똥을 쌈; 사진; 물똥 싸기 전 엄청난 크기의 방구 소리가 새벽 부터 방금 물똥 싸기 전까지여러번 나왔음.

5-2.  오전 6 시 10 분에 화장실에 와 6 시 30 분 까지 변기에 앉아 물똥을 많이 쌈. 사진.
변기에 물똥이 많을 때는 변기를플라쉬한 후에도 물똥의 잔여물로 인하여 갈색의 물이 남음.
사진.

5-3. 오전 7 시 50 분 물똥을 씸. 사진

5-4. 오전 5 시 물똥을 쌈. 사진. 뱃속이 꾸렁꾸렁함.

5-5. 오전 1 시 10 분 물똥을 쌈; 사진; 새벽 5 시 15 분에 일어나 30 분간 변기에 앉아
물똥을 아주 많이 쌈; 사진; 아침 5 시 50 분 지금도 속이 꾸렁꾸렁함. 오전 8 시에 물똥을
많이 쌈; 사진; 항문을 씻는 중 대변을 누고싶어 다시 변기에 앉았는데 똥은 거의 나오지 않고
물만 많이 나옴.  오전 10 시 10 분에 많은 양의 물똥을 쌈; 사진.

5-6. 오전 4 시 5 분에 일어나 물똥을 쌈; 사진; 오전 7  시 반에 물똥을 많이 쌈; 사진; 밤 10
시 50 분 물똥을 잔 뜻 쌈; 사진

5-7. 새벽 3 시 50 물똥을 쌈; 사진; 오전 7 시 25 분에 물똥을 쌈. 사진; 오전 9 시 반에
물똥을 쌈; 사진; 뱀10시30분 물똥을 많이 쌈; 사진

5-8. 오전 3 시 35 분 물똥을 많이 쌈; 사진; 오전 6 시 40 분 물똥을 쌈; 사진; 오전8시 10
분 아주 급하게 물똥을 많이 쌈; 사진;

5-9. 오전 5 시 20 분 물똥을 많이 쌈; 사진; 오전 7 시 10 분에 변기에 앉아 30 분간 물똥을
쌈; 사진;

5–10. 새벽 4 시 40 분에 물똥을 쌈; 사진; 오전 7 시 05 분에 물똥이 쏟아져 나옴; 사진;
오후 12 시 반경에 화장실에 가서 물똥을 많이 쌈; 사진;  밤 9 시 15 분 물똥을 많이 쌈; 사진;
밤 12시 20 분 자다가 일어나 물똥을 쌈; 사진

5-11. 새벽 4시 반에 일어나 반 시간 동안 물똥을 쌈. 뱃속이 계속 꾸렁꾸렁함; 사진; 아침 8
시 경에 물똥을 쌌는데 기록을하지 않음; 오전 11 시 5 분에 변기에 와서 변을 보려고 했는데
가스가 큰 소리를 내면서 많이, 여러번 나오고 물똥은 조금나옴; 사진;

5-12 밤 1 시 물똥을 쌈; 사진; 밤 3 시 10 분에 물똥을 조금 쌈; 새벽 5 시 15 분에 물똥을
많이 쌈; 사진; 아침 7 시 20 분물똥이 쏟아져 나옴; 사진; 물똥이 매번 항문 큰 소리를 내면서
폭발적으로 나오고 물똥이 변기 전체에 튀어서 변기가 온통 똥 투성이다 됨; 오후 2 시 10 분
물똥을 많이 쌈; 사진;

5-13. 아침 5 시 일어나자 변기에 가서 물똥을 쌈; 사진; 오전 9 시 26 분에 물똥을 쌈; 사진; 밤 9 시 20 분 물똥을 쌈; 사진.

5-14. 오전 6 시 10 분에 물똥을 많이 쌈; 사진; 오전 7 시 50 분에 물똥을 아주 많이 쌈; 사진; 오후 2 시 5 부네 물똥을 씻은; 사진; 밤 9 시 45 분 변기에 와서 물똥을 많이 쌈; 사진

5-15. 오전 5 시 40 분 물똥을 많이 쌈; 사진; 밤 11시 반에 물똥을  쌈; 사진, 밤 12 시 20 분에 물똥을 아주 많이 쌈; 사진

5-16. 새벽 2 시 30 분 물똥을 쌈; 오전 8 시 30 분에 변기에 물똥을 많이 쌈; 올늘 사진을못 찍었는데 밤새 화면이 없어져서 화면을 못 찾아서 사진을 못 찍었음; 밤 10시 49 분 큰 소리 내면서 물똥을 쌈; 사진

5-17. 새벽 5 시 35 분 물똥을 많이 쌈; 사진; 낮 11시 40 분에 화장실에 와 물똥을 쌈; 사진; 오후 4 시 10 분 물똥을 많이쌈; 사진

5-18. 새벽 5 시 30 분 경에 물똥을 쌈; 사진; 아침 6 시 20 분에 물똥을 많이 쌈; 사진; 오전 9 시 33 분에 물똥을 쌈; 사진; 오후 9 시 10 분에 물똥을 많이 쌈; 사진; 아침 6 시 15 분에 물똥을 잔뜩 쌈; 사진; 오전 7 시 34 분 물똥을 잔뜻 쌈; 사진; 오전 8 시 50 분. 적은 양의 물똥을 쌈; 사진

5-19. 오전 6 시 5 분 물똥을 많이 쌈; 똥을 누고 난 뒤에도 뱃속이 꾸렁꾸렁함 요동치고 있음; 사진아침 8 시 5 분 물똥을쌈; 사진; 저녁 8 시 40 분 경에 물똥을 쌈; 사진

5-20. 오전 5 시 40 분에 물똥을 많이 쌈; 사진; 오전 7 시 10 분에 물똥을 쌈; 사진

Exhibit 3. Other Documents Paid by Doctors

**a)** Billing Provider and Service Provider, **D.L. Perera-Thangratnam**; Jan. 4, 2022 Provider ID: P001532136; Billing Provider and Service Provider: **D.L. Perera-Thangratnam**; Claim # 22003E009612; Paid Date: January 4, 2022; Date and Service Provided; 11/12/2021, 00813-AA ANES UPR LWR GI NDSC PX

Claim total: $1460.00

**b)** BIOPATH MEDICAL GROUP. February 1, 2022, Provider ID: P003033136; Billing Provider and Service Provider:  BIOPATH MEDICAL GROUP; Claim #: 22031E002034; Paid Date: February 1, 2022; Date and Service Provided; 11/12/21; 88305 TISSUE EXAM BY PATHOLOGIST

Claim Total: $1350.00

**c)** **Kamini Malhotra, M.D Inc.** November 12, 2021 (714)433-1330; P O Box 8969, Fountain Valley, CA 92728-8969; Referred by Kim, Michael Min;  Service Provided and Billing Code, Pathology examination of tissue using a microscope, intermediate complexity (88305)

Total for Claim #11-22014-233-620: $1350.00

**3)** Patient concerns and/or grievance regarding North Orange County Surgery Center are encouraged to contact to contact the Administrator or write a statement to: Administrator, North Orange County Surgery Center, 1741 West Romneya Dr. Suite F, Anaheim, CA 92801; 714-408-9481

**4) Reason Code Explanations**: 6078A Claims for Members in the Consumer Driven Plan must be submitted to United Healthcare, PO Box 740800, Atlanta, GA 30374

**5)** Reconciliation of Patient's Medications; Patient and NKA; No Egg Allergy, No Latex

**6)** Allergy but Allergy Band on; Yes

Name of Medications：　One-aud Urgent　　　　　　Frequency
Day 11/10,21

　　　　　　　　　　　Citraculo　 650 mg　　　　　Day　11/10,
21

　　　　　　　　　　　Vit. E.　　　　　180 mg

　　　　　　　　　　　Metformins　100 mg

　　　　　　　　　　　ACA　　　　 81 unit

　　　　　　　　　　　Triamterexi----　;

**everything so hard to read; it has the signed paper.**

**7)** DOS: 11/12/21; Acct 47925; Dr. Kim, Michael; GOO, YANG M. Age 74; M; DOB: 10/20/1947